DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

ACKERMAN v. ACKERMAN

No. 222P84.

Case below: 67 N.C. App. 562.

Petition by defendant (Joseph Julian Ackerman) for discretionary review under G.S. 7A-31 denied 28 August 1984.

AMERICAN TOURS, INC. v. LIBERTY MUTUAL INS. CO.

No. 373PA84.

Case below: 68 N.C. App. 668.

Petition by defendant (Insurance Company) for discretionary review under G.S. 7A-31 allowed 28 August 1984.

ASHLEY v. DELP

No. 379P84.

Case below: 69 N.C. App. 177.

Petition by defendant (Hobart Delp) for discretionary review under G.S. 7A-31 denied 28 August 1984.

BAMBERG v. BAMBERG

No. 210P84.

Case below: 67 N.C. App. 763.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984.

BEARD v. PEMBAUR

No. 277P84.

Case below: 68 N.C. App. 52.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 28 August 1984.